JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT GREGG BUTLER, | ) | No. CV 08-04894-ODW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

   **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: July 2, 2010

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE